FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 15 2018 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

                Plaintiff,

-against-

ERNESTO C. RAMDAWAH,

                Defendants.
------------------------------------------------------------x

NOT FOR PUBLICATION
**MEMORANDUM & ORDER**
17-CV-7562 (CBA) (RER)

**AMON, United States District Judge:**

Plaintiff United States of America claims that Ernesto C. Ramdawah took out a student loan and has neglected to pay it back. (D.E. # 1.) Ramdawah has also neglected to appear in this action and the Clerk of Court noted his default on February 23, 2018. (D.E. # 8.) Plaintiff thereafter moved for a default judgment against Ramdawah on February 26, 2018, (D.E. # 9), and the Court referred that motion to Magistrate Judge Ramon E. Reyes for a Report and Recommendation ("R&R"). On April 20, 2018, Magistrate Judge Reyes issued a thorough R&R, recommending that plaintiff's motion be granted. (D.E. # 11.)

When deciding whether to adopt a report and recommendation, a district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). To accept those portions of the R&R to which no timely objection has been made, "a district court need only satisfy itself that there is no clear error on the face of the record." Jarvis v. N. Am. Globex Fund, L.P., 823 F. Supp. 2d 161, 163 (E.D.N.Y. 2011) (internal quotation marks and citation omitted).

No party has objected to the R&R, and the time for doing so has passed. The Court has therefore reviewed the R&R for clear error. Finding none, the Court adopts the R&R as the opinion

1

of the Court. Plaintiff is entitled to the following damages: $21,892.17 in unpaid principal, $23,002.11 in prejudgment interest, and $77.07 in costs.

## CONCLUSION

For the reasons stated above, the Court adopts the R&R. The Clerk of the Court is directed to enter the following judgment against Ramdawah: $44,894.28 in damages plus $77.07 in costs. The Clerk of Court is directed to close the case.

SO ORDERED.

Dated: May 14, 2018
      Brooklyn, New York

s/Carol Bagley Amon
Carol Bagley Amon
United States District Judge